SAMUEL GOLDSTEIN *v.* ZONING COMMISSION OF THE
CITY OF WATERBURY

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued December 5—decided December 6, 1968

*Perry Graicerstein,* for the appellant (plaintiff).

*John F. Phelan,* assistant corporation counsel,
with whom, on the brief, was *Vincent P. Matasav-
age,* corporation counsel, for the appellee (defend-
ant).

PER CURIAM. The judgment is affirmed on the
authority of *I. R. Stich Associates, Inc.* v. *Town
Council,* 155 Conn. 1, 3, 229 A.2d 545, *Kyser* v. *Zon-
ing Board of Appeals,* 155 Conn. 236, 241, 230 A.2d
595, and *Hughes* v. *Town Planning & Zoning Com-
mission,* 156 Conn. 505, 507, 242 A.2d 705.
   There is no error.